**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:04CR461** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **JUAN CARLOS VERA,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant Juan Carlos Vera's (Vera) motion to continue trial (Filing No. 80) and his Notice of submitting a Petition for Certiorari with the U.S. Supreme Court (Filing No. 81). Vera has complied with the court's order of November 14, 2006 (Filing No.79). Accordingly, Vera's motion to continue trial in this matter (Filing No. 80) is granted. Trial will be rescheduled following disposition of Vera's Petition for Certiorari. Time will be excluded under the Speedy Trial Act pending such disposition. **See** 18 U.S.C. § 3161(h)(1)(E). Vera shall notify the court of the Supreme Court's determination on the Petition for Certiorari by filing a notice of disposition within three working days of his notification of such determination.

**IT IS SO ORDERED.**

DATED this 26th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge